UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANIEL A. COLLINS, JR. (#247846)

CIVIL ACTION

VERSUS

NO. 10-721-JJB-DLD

BURL CAIN, WARDEN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 29, 2010 (doc. no. 5). The plaintiff has filed an objection which the court has considered and finds that it lacks any merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's application for habeas corpus relief is DISMISSED as untimely and as barred by procedural default.

Baton Rouge, Louisiana, this 12th day January, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA